# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INC.

        Plaintiff(s)

vs.

INTERACT ACCESSORIES, INC.

        Defendant(s)

Civil Action No. __MJG-00-1867__

FEE PAID

FEE NOT (SEND)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Michael B. MacWilliams__ Esquire a member of the Bar of this court, moves the admission of __Kurt N. Jones__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __JVW ENTERPRISES, INC.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Indiana__

and/or the following United States Court(s): __Northern District of Indiana, Southern District of Indiana__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Michael B. MacWilliams _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature] Kurt N. Jones* |
| Signature | Signature |
| GOODELL, DEVRIES, LEECH & GRAY | WOODARD, EMHARDT, NAUGHTON, MORIARTY & MCNETT |
| Address | Address |
| Suite 2000, One South Street | 111 Monument Circle, Suite 3700 |
| Baltimore, Maryland 21202 | Indianapolis, Indiana 46204 |
| (410) 783-4000 | (317) 634-3456 |
| Office phone number | Office phone number |
| (410) 783-4040 | (317) 637-7561 |
| Fax number | Fax number |
| 23442 | |
| Md. U.S. District Court Number | |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

8/4/00
_____
Dated

*[signature]*
_____
Judge, U.S. District Court

Copies to:

    Jerrold Thorpe
    Charles Bacharach
    GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
       & HOLLANDER, LLC
    The Garrett Building
    233 East Redwood Street
    Baltimore, Maryland 21202


    Michael B. MacWilliams
    GOODELL, DEVRIES, LEECH & GRAY, LLP
    Suite 2000, One South Street
    Baltimore, MD 21202


    Kurt N. Jones
    WOODARD, EMHARDT, NAUGHTON, MORIARTY & MCNETT
    Bank One Center/Tower
    111 Monument Circle, Suite 3700
    Indianapolis, IN 46204