IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INCORPORATED  *

        Plaintiff  *

   vs.  *  CIVIL ACTION No. MJG 00-1867

INTERACT ACCESSORIES, INC.  *
et al.

        Defendants  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

In accordance with the agreement of counsel:

1. By June 3[1]:

    a. The Pretrial Order shall be filed.

    b. Any motions in limine shall be filed.

2. Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of June 10th or 17th.

3. Bench trial shall begin on Monday, July 1, with an estimated duration of three trial days.

SO ORDERED this 25th day of February, 2002

                                            Marvin J. Garbis
                                  United States District Judge

---

[1] All dates referred to herein are in the year 2002.