# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

JVW Enterprises, Inc.
_____

**Plaintiff(s)**

**vs.**                                      Case No.: MJG-00-1867

Interact Accessories, Inc.    *
_____

**Defendant(s)**

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael B. MacWilliams _____, am a member in good standing of the bar of

this Court. My bar number is _____23442_____. I am moving the admission of

John C. McNett _____ to appear *pro hac vice* in this case as

counsel for JVW Enterprises, Inc. _____.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | November 5, 1973 |
| U.S. Court of Appeals - 3d Cir. | October 13, 1981 |
| U.S. Court of Appeals - 7th Cir. | May 10, 1972 |
| Supreme Court of Indiana | September 16, 1970 |
| U.S. Dist. Court - Southern Illinois | July 13, 1976 |
| U.S. Dist. Court - Southern Indiana | September 16, 1970 |
| U.S. Dist. Court - Northern Indiana | September 1, 1982 |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Michael B. MacWilliams | John C. McNett |
| Printed Name | Printed Name |
| Venable | Woodard, Emhardt, Naughton, Moriarty & McNett |
| Firm | Firm |
| Two Hopkins Plaza, Suite 1800 Baltimore, Maryland  21201-2978 | 111 Monument Cir., Ste. 3700 Indianapolis, IN  46204 |
| Address | Address   Prid 287491 |
| (410) 244-7400 | (317) 634-3456   Plid 81003 |
| Telephone Number | Telephone Number |
| (410) 244-7742 | (317) 637-7561 |
| Fax Number | Fax Number |

********************************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

May 28, 2002

Date

_____
United States District Judge