IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INCORPORATED  *

      Plaintiff  *

vs.  * CIVIL ACTION No. MJG 00-1867

INTERACT ACCESSORIES, INC.  *
et al.

      Defendants  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It appears appropriate to consider whether or not to strike any parts of the supplemental expert report and, thus, to strike any testimony post trial.

Accordingly:

1. Defendant's Motion to strike supplemental expert report is DENIED WITHOUT PREJUDICE.

2. The Court is not, hereby, ruling upon any of the matters raised by the Defendant in said motion.

So ORDERED this 20TH day of June, 2002

_____
Marvin J. Garbis
United States District Judge