FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -2 P 2: 30

CLERK'S OFFICE
AT BALTIMORE

_____DEPUT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INCORPORATED          *

          Plaintiff                    *

     vs.                               *    CIVIL ACTION No. MJG 00-1867

INTERACT ACCESSORIES, INC.             *
et al.

          Defendants                   *

*       *       *       *       *       *       *       *       *

## ORDER CLEARING RECORD RE PENDING MOOT MOTION

It appears that the Motion to Quash Subpoena [Paper 62-1] is

moot. Accordingly, so that the record may be cleared:

    1.   The said Motion is DENIED WITHOUT PREJUDICE.

    2.   This action does not constitute an adjudication of
         any motion, or any issue relating thereto, and is
         without prejudice to all rights of any party.

SO ORDERED this /st day of August, 2002.

                              _____
                                   Marvin J. Garbis
                              United States District Judge