IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INCORPORATED     *

        Plaintiff     *

   vs.     * CIVIL ACTION No. MJG 00-1867

INTERACT ACCESSORIES, INC.     *
et al.

        Defendants     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## BENCH TRIAL DECISION

This case was tried before the Court without a jury. The Court has heard the evidence, reviewed the exhibits, considered the materials submitted by the parties and had the benefit of the arguments of counsel.

The Court now issues this Bench Trial Decision reflecting the resolution of the issues presented and shall file in a separate document its findings of fact and conclusions of law in compliance with Rule 52(a) of the Federal Rules of Civil Procedure.

Accordingly, the reasons set forth in a Memorandum Decision to be filed in the near future,

    1.    The Court finds for the Defendant.

    2.    Judgment shall be entered by separate Order.

SO DECIDED, on Monday 31 March, 2003.

                        ___/ s /___
                       Marvin J. Garbis
                 United States District Judge