```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

JVW ENTERPRISES, INCORPORATED  *

       Plaintiff           *

    vs.                            * CIVIL ACTION No. MJG 00-1867

INTERACT ACCESSORIES, INC.     *
et al.

       Defendants          *

\*     \*     \*     \*     \*     \*     \*     \*

## JUDGMENT

This action came on for trial before the Court without a jury, Honorable Marvin J. Garbis, United States District Judge presiding. On this date, the Court has issued its Decision in this case.

In view of the foregoing:

1. Judgment shall be, and hereby is, entered in favor of Defendant Interact Accessories, Inc. against Plaintiff JVW Enterprises, Inc. dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED, on Monday 31 March, 2003.

                                              / s /
                                  Marvin J. Garbis
                            United States District Judge