**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JVW ENTERPRISES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.:  MJG-00-1867 |
| | ) | |
| INTERACT ACCESSORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

**NOTICE OF BANKRUPTCY FILING BY**
**DEFENDANT INTERACT ACCESSORIES, INC.**

NOTICE IS HEREBY PROVIDED that on April 8, 2003, Defendant InterAct

Accessories, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code

(Title 11, United States Code), and commenced Bankruptcy Case No. 03-12191 (ALG) in the

United States Bankruptcy Court, Southern District of New York.  Attached hereto as Exhibit A

incorporated herein by reference is a true and correct copy of a "Notice of Bankruptcy Case

Filing" prepared by the Clerk of the United States Bankruptcy Court, Southern District of New

York.

As provided in 11 U.S.C. § 362, the filing of this petition operates as an automatic stay

of further action in this pending judicial proceeding against Defendant.  Pursuant to 11 U.S.C.

1

§ 108(c), the period for filing a Notice of Appeal to the entry of Judgment of March 31, 2003 is

automatically extended until 30 days after notice of the termination or expiration of this stay.

DATED:    INDIANAPOLIS, INDIANA; April 24, 2003.


_____/s/_____
Kurt N. Jones
Attorney for Plaintiff
Woodard, Emhardt, Moriarty,
        McNett & Henry LLP
111 Monument Circle
Suite 3700
Indianapolis, Indiana 46204

2

## CERTIFICATE OF SERVICE

I certify that on this 24th day of April, 2003, copies of the foregoing Notice of Bankruptcy Filing by Defendant InterAct Accessories, Inc. were mailed, first-class, postage prepaid, to:

> Jerrold Thorpe
> Charles Bacharach
> GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
>         & HOLLANDER, LLC
> The Garrett Building
> 233 East Redwood Street
> Baltimore, Maryland  21202

_____/s/_____
Kurt N. Jones

216765

3