United States Bankruptcy Court
Southern District of New York



**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/08/2003 at 6:30 PM and filed on 04/08/2003.

**InterAct Accessories, Inc.**
335 Clubhouse Lane
Hunt Valley, MD 21031
Tax id: 52-1941363

The case was filed by the debtor's attorney:

**Kristopher M. Hansen**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

The case was assigned case number 03-12191 to Judge Allan L. Gropper.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov/index.html or at the Clerk's Office in Manhattan, White Plains or Poughkeepsie.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen Farrell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 04/16/2003 20:31:43 |||||
| PACER Login: | hc0088 | Client Code: | | interact |
| Description: | Notice of Filing | Case Number: | | 03-12191-alg |

| Billable Pages: | 1 | Cost: | 0.07 |