UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JVW ENTERPRISES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.:  MJG-00-1867 |
| | ) | |
| | ) | |
| INTERACT ACCESSORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that JVW ENTERPRISES, INC. appeals to the **United States Court of Appeals for the Federal Circuit** from the final judgment entered in this action on 31 March 2003 and all orders, rulings, and judgments underlying the judgment.

The filing fee ($5.00) and the docketing fee ($250) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), and Rule 3(e) of the Federal Rules of Appellate Procedure has been simultaneously sent to the district court by first class mail.

DATED: May 28, 2004

s/ Kurt N. Jones
John C. McNett
Kurt N. Jones
WOODARD, EMHARDT, MORIARTY,
    McNETT & HENRY LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN  46204-5137
 Phone: (317) 634-3456
Fax: (317) 637-7561
E-mail: jmcnett@uspatent.com
    kjones@uspatent.com

Michael B. MacWilliams
VENABLE, BAETJER AND HOWARD, LLP

Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Maryland U.S. District Court Number 23442
Phone: (410) 244-7400
Fax: (410) 244-7742
E-mail: mbmacwilliams@venable.com

Attorneys for JVW Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2004, a copy of the foregoing NOTICE OF

APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL

CIRCUIT was filed electronically. Notice of this filing will be sent to the following parties

by operation of the Court's electronic filing system. Parties may access this filing

through the Court's system.

Jerrold Thrope
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
        & HOLLANDER, LLC
jthrope@gfrlaw.com

David L. Cahn
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
        & HOLLANDER, LLC
dcahn@lkho.com


                    s/ Kurt N. Jones
                    Kurt N. Jones
                    WOODARD, EMHARDT, MORIARTY,
                        McNETT & HENRY LLP
                    Bank One Center/Tower
                    111 Monument Circle, Suite 3700
                    Indianapolis, IN 46204-5137
                     Phone: (317) 634-3456
                    Fax: (317) 637-7561
                    E-mail: kjones@uspatent.com