UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JVW ENTERPRISES, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>INTERACT ACCESSORIES, INC. )<br>)<br>    Defendant. ) | CASE NO.: MJG-00-1867 |

**NOTICE THAT THE PARTIES WILL SOON BE FILING
A STIPULATED DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(ii)**

Notice is hereby respectively offered to the Court that JVW Enterprises, Inc. and the Liquidating Trustee of the Recoton Creditors Liquidation Trust have reached an agreement that resolves any outstanding issues in this case. As a result, the parties in this action will soon be filing a stipulated dismissal under Fed.R.Civ. P. 41(a)(ii) to end this matter.

DATED: October 6, 2004

                                        /s/
John C. McNett
Kurt N. Jones
WOODARD, EMHARDT, MORIARTY,
    McNETT & HENRY LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
Phone: (317) 634-3456
Fax: (317) 637-7561
E-mail: jmcnett@uspatent.com
           kjones@uspatent.com

Michael B. MacWilliams
VENABLE, BAETJER AND HOWARD, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Maryland U.S. District Court Number 23442
Phone: (410) 244-7400

       Fax: (410) 244-7742
       E-mail: mbmacwilliams@venable.com

       Attorneys for JVW Enterprises, Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 6, 2005, a copy of the foregoing NOTICE THAT THE PARTIES WILL SOON BE FILING A STIPULATED DISMISSAL UNDER FED.R.CIV.P. 41(a)(1)(ii) was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Jerrold Thrope
    GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
      & HOLLANDER, LLC
    jthrope@gfrlaw.com

    David L. Cahn
    GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
      & HOLLANDER, LLC
    dcahn@lkho.com

         _____/**s**/_____
         Kurt N. Jones
         WOODARD, EMHARDT, MORIARTY,
           McNETT & HENRY LLP
         Bank One Center/Tower
         111 Monument Circle, Suite 3700
         Indianapolis, IN  46204-5137
         Phone: (317) 634-3456
         Fax: (317) 637-7561
         E-mail: kjones@uspatent.com