# United States Court of Appeals for the Federal Circuit

04-1410

JVW ENTERPRISES, INCORPORATED,

Plaintiff-Appellant,

v.

INTERACT ACCESSORIES, INC.,

Defendant-Appellee.

# JUDGMENT

ON APPEAL from the   United States District Court for the District of Maryland

CASE NO.:   1:00-CV-01867

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>REVERSED-IN-PART, AFFIRMED-IN-PART, AND REMANDED</u>

ENTERED BY ORDER OF THE COURT

DATED OCT - 3 2005

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By:_____ Date: 10/24/05

ISSUED AS A MANDATE: OCT 2 4 2005