FILED
TRICT  URT
OF MA  LAND

05 OCT 28  P 11:20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JVW ENTERPRISES, INC.        )
                             )
        Plaintiff,           )
                             )
    v.                       )    CASE NO.: MJG-00-1867
                             )
                             )
INTERACT ACCESSORIES, INC.   )
                             )
        Defendant.

STIPULATED ORDER OF DISMISSAL
(Fed. R. Civ. P. 41(a)(1)(ii))

IT IS STIPULATED, by all parties to this action, through their counsel of record and subject to the approval of the Court:

1   All claims presented by the complaint and all counterclaims in this action will be dismissed with prejudice as to the parties identified in this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.  Each party will bear its own costs and attorney's fees.

3.  Pursuant to an AGREED ENTRY AND ORDER REGARDING THE OBJECTION TO THE LIQUIDATING TRUSTEE OF THE RECOTON CREDITORS LIQUIDATION TRUST, the Liquidating Trustee of Recoton Creditors Liquidation Trust has allowed JVW's claim in the amount of $1,500,000 in compromise settlement of this action.

4.  Nothing herein shall be interpreted to provide a release to Amazon.com, Inc., Best Buy Co., Inc., Circuit City Stores, Inc., CompUSA, Electronics Boutiques Holdings Corp., Fry's Electronics, Inc., Gamestop Corporation, KB Toys, Inc., Radioshack Corporation, Sears, Roebuck and Co., Target Corporation, Toys "R" Us, Inc., Wal-Mart Stores, Inc. or any other entity to which InterAct Accessories sold or otherwise

transferred video game accessories. Accordingly, JVW Enterprises, Inc. retains and reserves its rights to proceed against any and all entities that obtained video game accessories from InterAct Accessories, Inc. to the fullest extent allowed by law.

                                      Respectfully submitted,

October 27, 2005                  WOODARD, EMHARDT, MORIARTY,
                                      McNETT & HENRY, LLP

                                      <u>s/ Kurt N. Jones</u>
                                      John C. McNett, Esq.
                                      Kurt N. Jones, Esq.
                                      Bank One Center/Tower
                                      111 Monument Circle, Suite 3700
                                      Indianapolis, IN  46204-5137
                                      (317) 634-3456
                                      (317) 637-7561 fax
                                      jmcnett@uspatent.com
                                      kjones@uspatent.com

                                      Michael B. MacWilliams (local counsel)
                                      VENABLE, LLP
                                      Two Hopkins Plaza, Suite 1800
                                      Baltimore, MD  21201-2978
                                      Maryland U.S. District Court Number 23442
                                      (410) 244-7400
                                      (410) 244-7742 fax
                                      mbmacwilliams@venable.com

                                      Attorneys for JVW Enterprises, Inc

October 27, 2005                  GORDON, FEINBLATT, ROTHMAN
                                      HOFFBERGER & HOLLANDER, LLC

                                      <u>s/ Jerrold A. Thrope</u>
                                      Jerrold A. Thrope, Esq.
                                      233 East Redwood Street
                                      Baltimore, Maryland 21202-3332
                                      (410) 576-4295
                                      (410) 576-4269 fax
                                      jthrope@gfrlaw.com

                                      Attorneys for Defendant InterAct
                                              Accessories, Inc.

## ORDER

The Court has reviewed the Stipulation set forth above, and finds it to be in order and in the interests of justice in this matter. Therefore,

IT IS ORDERED that:

1. This action is dismissed;

2. The provisions of the settlement agreement set forth in ¶4 of the Stipulation are expressly included as a part of this Court's Order;

3. Each party bears its own costs and attorney's fees.

October , 28th 200 5              /s/
                                  Marvin J. Garbis
                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, a copy of the foregoing STIPULATED ORDER OF DISMISSAL (Fed. R. Civ. P. 41 (a)(1)(ii)) was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Jerrold Thrope
>GORDON, FEINBLATT, ROTHMAN, HOFFBERGER
>   & HOLLANDER, LLC
>jthrope@gfrlaw.com

>David L. Cahn
>LAW OFFICES OF DAVID L. CAHN LLC
>david@davidcahn.com

>s/ Kurt N. Jones
>Kurt N. Jones
>WOODARD, EMHARDT, MORIARTY,
>   McNETT & HENRY LLP
>Bank One Center/Tower
>111 Monument Circle, Suite 3700
>Indianapolis, IN  46204-5137
>Phone: (317) 634-3456
>Fax: (317) 637-7561
>E-mail: kjones@uspatent.com